

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

In the Interest of L.S.G, a Child

No. 06-22-00088-CV

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 21A1265-102). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Stevens and Justice Rambin participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment in favor of Mother and Father.

We further order that the appellees pay all costs of this appeal.

RENDERED MAY 2, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk